Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya
3130 Bonita Road Suite 200-B
Chula Vista, CA 91910
jeremy@efaganlaw.com
Tel: 619-656-6656; Fax:  775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE J. TANNER, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FINANCIAL ASSET ) <br> MANAGEMENT SYSTEMS, INC., et ) <br> al, ) <br> ) <br> Defendants ) <br> ) | Case No.:  2:09-cv-01490-RGK-JEM <br><br> **Notice of Settlement** |

 NOTICE IS HEREBY GIVEN that Plaintiff Suzanne J. Tanner and Defendant Financial Asset Management Systems, Inc. (FAMS) have settled.  This settlement shall not affect the claims currently pending against co-defendant Capital One Auto Finance. Plaintiff anticipates filing the dismissal against FAMS within 30 days.

 Date: November 30, 2009

_____s/ Jeremy S. Golden _____
Jeremy S. Golden
Attorney for Plaintiff

1
Notice of Settlement