Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya
3130 Bonita Road Suite 200-B
Chula Vista, CA 91910
jeremy@efaganlaw.com
Tel: 619-656-6656; Fax:  775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE J. TANNER,          ) | Case No.:  2:09-cv-01490-RGK-JEM |
|                             ) | |
| Plaintiff                   ) | **Dismissal of Financial Asset** |
|                             ) | **Management Systems, Inc.** |
| v.                          ) | |
|                             ) | |
| FINANCIAL ASSET             ) | |
| MANAGEMENT SYSTEMS, INC., et ) | |
| al,                         ) | |
|                             ) | |
| Defendants                  ) | |
|                             ) | |

//
//
//
//
//
//
//
//

1
Dismissal of Financial Asset Management Systems, Inc.

Plaintiff Suzanne J. Tanner and Defendant Financial Asset Management Systems, Inc. (FAMS) hereby stipulate that the claims against FAMS shall be dismissed with prejudice. This dismissal shall completely resolve the action.

Date: January 21, 2009

      _____s/ Jeremy S. Golden_____
      Jeremy S. Golden
      Attorney for Plaintiff

Date: January 21, 2009

      _____s/ Kathleen Wilcox_____
      Kathleen Wilcox
      Attorney for Defendant FAMS